# FALL SESSIONS, 1900.

————•————

ELLA MAY JONES, *vs.* FLETCHER C. JONES.

*Divorce—Petition—Affidavit—Notary Public—Seal of office—Practice.*

The certificate of a Notary Public before whom an affidavit is taken must bear his official seal. Without such seal there is no proper affidavit, and the petition which it purports to support will be dismissed.

(*October 20, 1900.*)

LORE, C. J., and GRUBB, J., sitting.

*William P. Shockley* for petitioner.

*William L. Gooding* for respondent.

Superior Court, Kent County, October Term, 1900.

PETITION FOR DIVORCE.

Counsel for respondent moved to dismiss the petition for the divorce filed in the above stated case, for the following reason :

" That the affidavit annexed to the petition of the said Ella May Jones is incomplete and in sufficient in law, in that the certificate of the Notary Public before whom the said affidavit is alleged to have been taken, does not bear the seal of the said Notary Public."

*Rev. Code, 240.*

*Mr. Shockley* asked leave to amend said·petition and affidavit, stating that they were filed by consent.

LORE, C. J.:—The petition is dismissed on the ground that there is no proper affidavit on the part of the petitioner.